*E-FILED 11-18-2011*

CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**
10 Almaden Boulevard, Suite 1250
San Jose, CA 95513
Telephone: (408) 275-1300
Facsimile: (408) 275-1331
E-mail: cwood@dbbwlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH KOENIG and VERONICA KOENIG,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 5:11-CV-04876-HRL<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER**<br><br>[Re: Docket No. 5] |

Defendant United States of America was served with the Summons and Complaint on October 31, 2011 and as a result, Defendant's response is not due until November 21, 2011. As a result, Plaintiffs hereby request the Court continue the Case Management Conference, currently scheduled for November 22, 2011, and ADR Deadlines as this matter is not currently at-issue. Plaintiffs' request the Court continue the Case Management Conference 90 days to allow Defendant time to appear in this matter and to allow the parties time to meet and confer regarding initial disclosures, early settlement, the Alternative Dispute Resolution process selection and a discovery plan as required by the Federal Rules of Civil Procedure.

    Respectfully Submitted.

DATED: November 16, 2011    **DREYER BABICH BUCCOLA WOOD, LLP**

By: /s/_____
       CHRISTOPHER W. WOOD

-1-

Plaintiffs' Request for Continuance of
Case Management Conference and ADR Deadlines

-2-

Plaintiffs' Request for Continuance of
Case Management Conference and ADR Deadlines

## [*PROPOSED*] ORDER

Having considered Plaintiffs' Request for Continuance of the Case Management Conference and ADR Deadlines in this matter, the Court hereby grants the request. The Case Management Conference shall be continued from November 22, 2011 to __**January 31, 2012**__ at 1:30 p.m. in Courtroom 2, 5th Floor, in San Jose, California. All other deadlines associated with the Case Management Conference shall be continued accordingly.

Dated: November 18, 2011                    _____
                                            HONORABLE HOWARD R. LLOYD,
                                            United States District Court Magistrate Judge