MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

**\*E-FILED JANUARY 24, 2012\***

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Specially Appearing for Defendant United States of America

CHRISTOPHER W. WOOD, ESQ. (SBN 193955)
**DREYER BABICH BUCCOLA WOOD, LLP**
10 Almaden Boulevard, Suite 1250
San Jose, CA 95513
Telephone: (408) 275-1300
Facsimile: (408) 275-1331
E-mail: cwood@dbbwlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH KOENIG and VERONICA KOENIG, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 11-4876 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** <br><br> **[Re: Docket No. 8]** |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the next Case Management Conference in this case (currently set for January 31, 2012 at 1:30 p.m.) be continued to March 13, 2012 at 1:30 p.m. This stipulation was agreed to because the United States of America contends that it has not yet been properly

C 11-4876 HRL
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

1

1  served and Plaintiff is currently working to effect service on the United States of America.
2  Specially appearing counsel for defendant United States of America further states that since
3  service has not been effected he currently lacks information about the underlying dispute
4  sufficient to have a meaningful Case Management Conference next week.  The Court previously
5  continued the Case Management Conference at Plaintiff's request.

**DREYER BABIC BUCCOLA WOOD, LLP**

7  DATED: January 19, 2012     By:     ___/s/_____
8                                                    CHRISTOPHER W. WOOD
                                                  Attorneys for Plaintiffs

                                                  MELINDA HAAG
                                                  United States Attorney

13  DATED: January 19, 2012     By:     ___/s/ Michael T. Pyle_____
14                                                    MICHAEL T. PYLE
                                                  Assistant United States Attorney
15                                                    Attorneys for Specially Appearing Defendant

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
18       The next Case Management Conference shall be continued from January 31, 2012 to
19  March 13, 2012 at 1:30 p.m.  All other deadlines associated with the Case Management
20  Conference shall be continued accordingly.

22  DATED:    January 24, 2012                    _____
23                                                 HON. HOWARD R. LLOYD
                                             United States Magistrate Judge

28  C 11-4876 HRL
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC