CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
LARRY Q. PHAN, ESQ. / SBN: SBN: 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
10 Almaden Boulevard, Suite 1250
San Jose, CA 95513
Telephone: (408) 275-1300
Facsimile: (408) 275-1331
E-mail: cwood@dbbwlaw.com

Attorneys for Plaintiffs

**DENIED**
/s/ Judge Howard R. Lloyd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KOENIG and VERONICA KOENIG, | Case No.: 5:11-CV-04876-HRL |
| Plaintiffs | **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | Date: July 9, 2013 |
| UNITED STATES OF AMERICA, | Time: 1:30 p.m. |
| | Dept.: 2 |
| Defendant. | Judge: Honorable Howard Lloyd |

I, LARRY Q. PHAN, ESQ., respectfully request to appear telephonically at the Case Management Conference set for July 9, 2013 at 1:30 p.m. in Department 2.

DATED: July 8, 2013            **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

                                        /s/ *Larry Q. Phan*
                              By: _____
                                        LARRY Q. PHAN

---

-1-
Request to Appear Telephonically at Case Management Conference